UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------x
Mei L. Wang, Michael Y. J. Wang, Chun Fang   )
Wang,                                         )
                                              )
                    Plaintiff,                )   Rule 7.1 Statement
                                              )
         v.                                   )
                                              )
CYR International, Inc., Chew Young Roo       )
America, CYR USA, Inc., Chew Young Roo, Inc.  )   07 cv 05462 (BSJ)
Chew Young Roo, Chew Young Roo                )
                    Defendant                 )
------------------------------------------------------------x
```

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local general Rules 1.9] and to enable District Judges and Magistrates judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiffs (a private non-governmental party) certifies that following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

No known corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Date: June 7, 2007

_____
Jennifer Meredith
Attorney Bar Code: JM 4816