AO 440 (Rev. 10/93) Summons in a Civil Action     **RETURN OF SERVICE**

| | |
|---|---|
| SERVICE OF: | SUMMONS IN A CIVIL CASE, COMPLAINT, EXHIBITS |
| EFFECTED (1) BY ME: | OUT OF STATE |
| TITLE: | PROCESS SERVER     DATE: |

Carlos Canas     7/10/07 4:05 pm

**CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE**

[X] Served personally upon the defendant:

EUN CHAN LIM

Place where served:

3255 Wilshire Blvd, ste 1416, Los Angeles, Ca. 90010

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

Relationship to defendant: _____

Description of person accepting service:

SEX: M  AGE: 36  HEIGHT: 6'0  WEIGHT: 240  SKIN: Asian  HAIR: Blk  OTHER: _____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

FILED
Stamped copy will arrive shortly

**STATEMENT OF SERVER**

TRAVEL $ _____     SERVICES $ _____     TOTAL $ _____

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 7/19/2007     _____ L.S.
SIGNATURE OF OUT OF STATE
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

| | |
|---|---|
| ATTORNEY: | JENNIFER MEREDITH, ESQ. |
| PLAINTIFF: | MEI L. WANG, ET AL |
| DEFENDANT: | CYR INTERNATIONAL, INC., ET AL |
| VENUE: | SOUTHERN DISTRICT OF NEW YORK |
| DOCKET: | 07 CV 05462 (BSJ) |

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

RR