O 440 (Rev. 10/93) Summons in a Civil Action     **RETURN OF SERVICE**

| | |
|---|---|
| ERVICE OF: | SUMMONS IN A CIVIL CASE, COMPLAINT, EXHIBITS |
| FFECTED (1) BY ME: | OUT OF STATE |
| ITLE: | PROCESS SERVER |

DATE: Carlos Canas    7/10/07  10:05am

HECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE

[X] Served personally upon the defendant:
HEW YOUNG ROO AMERICA, INC.  Accepted by Sun Y. Hwang

Place where served:
928 S. Western Ave, ste 137 Los Angeles, Ca. 90006

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing herein. Name of person with whom the summons and complaint were left:

Relationship to defendant: _____

Description of person accepting service:
SEX: M  AGE: 42  HEIGHT: 5'6  WEIGHT: 155  SKIN: Asian  HAIR: BK  OTHER: _____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ ____.__    SERVICES $ ____.__    TOTAL $ ____.__

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 7/19/2007    _____ L.S.
SIGNATURE OF OUT OF STATE
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

FILED
Stamped copy will
arrive shortly

| | |
|---|---|
| ATTORNEY: | JENNIFER MEREDITH, ESQ. |
| PLAINTIFF: | MEI L. WANG, ET AL |
| DEFENDANT: | CYR INTERNATIONAL, INC., ET AL |
| VENUE: | SOUTHERN DISTRICT OF NEW YORK |
| DOCKET: | 07 CV 05462 (BST) |

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

R R