UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MEI L. WANG, MICHAEL Y.J. WANG,           Index No. 07cv05462 (BST)
CHUN FANG WANG,

                  Plaintiffs,

v.                                                                    **Rule 7.1 Statement**

CYR INTERNATIONAL, INC., CHEW
YOUNG ROO AMERICA, INC. CYR USA,
INC., CHEW YOUNG ROOM, INC., CHEW
YOUNG ROOM, CHEW YOUNG ROO,
EUN CHAN LIM,

                  Defendants.
------------------------------------------------------------X

      Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for CYR International, Inc., CYR USA, Inc. and EUN CHAN LIM (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

**NONE**

Dated: New York, New York
       August 9, 2007

                                          Yours, etc.,

                                          Daniel T. Hughes (4622)
                                          LITCHFIELD CAVO LLP
                                          420 Lexington Avenue, Suite 1750
                                          New York, New York 10170
                                          (212) 434-0100
                                          *Attorneys for Defendants*
                                          **CYR INTERNATIONAL, INC.,**
                                          **CYR USA, INC and**
                                          ***EUN CHAN LIM***

TO:

MEREDITH & KEYHANI, PLLC
330 Madison Avenue, 6th Floor
New York, New York 10017
Tel: 212-760-0098
Fax: 212-202-3819
*Attorneys for Plaintiffs*