UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MEI L. WANG, MICHAEL Y.J. WANG,    Index No. 07cv05462 (BST)
CHUN FANG WANG,

                Plaintiffs,

v.    **ANSWER TO AMENDED COMPLAINT**

CYR INTERNATIONAL, INC., CHEW
YOUNG ROO AMERICA, INC. CYR USA,
INC., CHEW YOUNG ROOM, INC., CHEW
YOUNG ROOM, CHEW YOUNG ROO,
EUN CHAN LIM,

                Defendants.
-----------------------------------------------------------X

      Defendants CYR INTERNATIONAL, INC., CYR USA, INC and EUN CHAN LIM, by its attorneys LITCHFIELD CAVO LLP, answering the amended complaint of the plaintiffs, states as follows:

      1.    Deny any knowledge or information sufficient to form a belief as to each and every allegation contained in the paragraphs of the Complaint numbered, "1", "3", "5", "6", "7", "9" and "10".

      2.    Deny each and every allegation contained in the paragraphs of the Complaint numbered "11" and "12".

      3.    Answering defendant repeats each and every denial to each and every allegation of the complaint which is realleged in the paragraph numbered "13" thereof as hereinbefore denied.

      4.    Deny any knowledge or information sufficient to form a belief as to each and every allegation contained in the paragraphs of the Complaint numbered "14", "16", "18", "19", "21", "23", "24" and "28".

5. Deny each and every allegation contained in the paragraphs of the Complaint numbered "15", "17", "20", "22", "25", "26" and "27".

6. Answering defendant repeats each and every denial to each and every allegation of the complaint which is realleged in the paragraph numbered "29" thereof as hereinbefore denied.

7. Deny each and every allegation contained in the paragraphs of the Complaint numbered "30" and "31".

8. Answering defendant repeats each and every denial to each and every allegation of the complaint which is realleged in the paragraph numbered "32" thereof as hereinbefore denied.

9. Deny each and every allegation contained in the paragraphs of the Complaint numbered "33" and "34".

10. Answering defendant repeats each and every denial to each and every allegation of the complaint which is realleged in the paragraph numbered "35" thereof as hereinbefore denied.

11. Deny each and every allegation contained in the paragraphs of the Complaint numbered "36".

12. Answering defendant repeats each and every denial to each and every allegation of the complaint which is realleged in the paragraph numbered "37" thereof as hereinbefore denied.

13. Deny each and every allegation contained in the paragraphs of the Complaint numbered "38" and "39".

14. Answering defendant repeats each and every denial to each and every allegation of the complaint which is realleged in the paragraph numbered "40" thereof as hereinbefore denied.

15. Deny each and every allegation contained in the paragraphs of the complaint numbered "41".

16. Answering defendant repeats each and every denial to each and every allegation of the complaint which is realleged in the paragraph numbered "42" thereof as hereinbefore denied.

17. Deny each and every allegation contained in the paragraphs of the complaint numbered "43".

### AS AND FOR A FIRST AFFIRMATIVE DEFENSE

18. That the complaint fails to set forth facts sufficient to constitute a cause and/or causes of action upon which relief may be granted insofar as this defendant is concerned.

### AS AND FOR A SECOND AFFIRMATIVE DEFENSE

19. Plaintiffs lack personal jurisdiction over the defendants.

### AS AND FOR A THIRD AFFIRMATIVE DEFENSE

20. Additional facts may be revealed by future discovery that supports additional affirmative defenses presently available but unknown to answering defendants. Therefore, answering defendants reserve the right to assert additional defenses in the event that discovery and investigation indicate that additional defenses would be appropriate.

WHEREFORE, these answering defendants pray that the Court:

i. dismiss plaintiffs' claims
ii. deny plaintiffs' prayer for an injunction
iii. award defendants costs, disbursements and attorneys fees and
iv. award defendants such other relief as the Court deems just and proper.

Dated: New York, New York
       August 9, 2007

Yours, etc.,

Daniel T. Hughes (4622)
LITCHFIELD CAVO LLP
420 Lexington Avenue, Suite 1750
New York, New York 10170
(212) 434-0100
**Attorneys for Defendants**
**CYR INTERNATIONAL, INC.,**
**CYR USA, INC and**
**EUN CHAN LIM**

TO:

MEREDITH & KEYHANI, PLLC
330 Madison Avenue, 6th Floor
New York, New York 10017
Tel: 212-760-0098
Fax: 212-202-3819
**Attorneys for Plaintiffs**