UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

AFFIDAVIT OF SERVICE

FILE No 07 - CV 05462 (BST)

AMENDED

SUMMONS AND COMPLAINT

MEI L. WANG, MICHAEL Y.J. WANG, CHUN FANG WANG

*Plaintiffs*

v.

CYR INTERNATIONAL, Inc., CHEW YOUNG ROO AMERICA, Inc., CYR USA, Inc.,

CHEW YOUNG ROO, Inc., CHEW YOUNG ROO, CHEW YOUNG ROO EUN CHAN LIM

*Defendants*

I **Robbie L. Lawson** being duly sworn depose and say that I am over the age of 18 years and am not a party to this action and reside in Bronx, NY

That on the 6th day of *JULY, 2007* at *570 PIERMONT ROAD, CLOSTER, NEW JERSEY 07624* deponent served *SUMMONS* and *COMPLAINT* upon *CHEW YOUG ROO RESTAURANT.*

By delivering a true copy to *JAY PARK,* said to be manager of *CHEW YOUG ROO RESTAURANT*

Deponent describes the individual served or spoken to as follows:
Race: *ASIAN*, Sex: *MALE*, Skin color: *WHITE*, Hair: *BLACK*, Age: *45-50yrs*, Weight: *140 - 155 lbs*, Height: *5'5" - 5'7"*.

No information was provided or discovered that indicates the subject served is a member of the U.S. military

_____
Robbie L. Lawson
License # 601689

SUBSCRIBED AND SWORN to before me this 14TH day AUGUST 2007

_____
NOTARY PUBLIC in and for the State of New York,
Residing at: _____
My Commission Expires: 06/07/2007

TAIWO O. KINOSHI
Notary Public, State of New York
No. 01KI6026148
Qualified In Bronx
Commission Expires June-7-2011