UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AFFIDAVIT OF SERVICE

---------------------------------------------------------------x
Mei L. Wang, Michael Y. J. Wang, Chun Fang Wang,

              Plaintiffs,         SUMMONS AND COMPLAINT

v.

CYR International, Inc., Chew Young Roo America, Inc., CYR USA, Inc., Chew Young Roo, Inc., Chew Young Roo, Chew Young Roo Eun Chan Lim

              INDEX No: 07cv 05462 (BSJ)

              Defendants.
---------------------------------------------------------------x

I Robbie L. Lawson being duly sworn depose and say that I am over the age of 18 years and am not a party to this action and reside in BRONX, NEW YORK.

That on the 25th day of AUGUST 2007, at 4:37pm

At 1550 LEMOINE AVENUE, FORT LEE, NEW JERSEY 07024

Deponent served: SUMMONS and COMPLAINT upon CHEW YOUNG ROO'S RESTAURANT

By delivering a true copy to MRS. CHOI.

Deponent describes the individual served or spoken to as follows:
Race: ASIAN, Sex: FEMALE, Skin color: BROWN, Hair: BLACK, Age: 50-55 yrs, Weight: 130 - 140 lbs, Height: 5'0" – 5'3".

No information was provided or discovered that indicates the subject served is a member of the U.S. military

_____
Robbie L. Lawson

License # 601689

SUBSCRIBED AND SWORN to before me this 4 day October/2007

_____
NOTARY PUBLIC in and for the State of New York,
Residing at: _____
My Commission Expires:

HOWARD B. SCHNITZER
NOTARY PUBLIC - STATE OF NEW YORK
No. 02SC4958957
QUALIFIED IN NASSAU COUNTY
COMMISSION EXPIRES SEPTEMBER 20, 2009