IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Mei L. Wang, Michael Y. J. Wang, Chun Fang Wang,<br><br>Plaintiffs,<br><br>v.<br><br>CYR International, Inc., Chew Young Roo America, Inc., CYR USA, Inc., Chew Young Roo, Inc., Chew Young Roo, Chew Young Roo, Eun Chan Lim,<br><br>Defendants. | Civil Action No.:<br><br>07-cv-05462 (BSJ)<br><br>**ORDER TO SHOW CAUSE FOR ENTRY OF DEFAULT JUDGMENT AND EXPEDITED RELIEF** |

Defendants Chew Young Roo (Fort Lee, New Jersey), Chew Young Roo (Closter, New Jersey), and Chew Young Roo, Inc. (Upper Darby, Pennsylvania) (hereinafter collectively "Default Defendants") shall Show Cause before this Court, to be held at the United States Courthouse thereof, located at 500 Pearl Street, New York, New York 10007 on the ____ day of October, 2007 at _____, or as soon thereafter as counsel can be heard, why an Order should not be entered granting Plaintiffs' Judgment, on Default, against the Default Defendants.

**NOW, THEREFORE**, upon application of the Plaintiffs and upon reading Plaintiffs' Amended Complaint and Summons, accompanying Memorandum of Law and the annexed Declaration of Dariush Keyhani, Esq., duly sworn on October 25, 2007, the affidavit of Michael Y. J. Wang, executed on October 22, 2007 and the Clerk of the Court's Certificate of Default, United States District Court for the Southern District of New York, noting the default of the above named Default Defendants for failure to

appear, answer or otherwise move with respect to the Amended Complaint it is hereby **ORDERED**:

1. This Court has Jurisdiction over the Default Defendants.
2. Plaintiffs' Trademark Registration No. 3,224,337 is good and valid in law.
3. The Default Defendants, each of them, have willfully infringed Plaintiffs' registered trademark and liable for all claims asserted in Plaintiffs' Amended Complaint.
4. Plaintiffs have Judgment against the Defendants in the amount of $1,000,000 or the Court will refer this matter to the Magistrate Judge to ascertain the appropriate amount of damages.
5. Defendants and their officers, agents, servants, employees, and attorneys, and those persons in active concert or participation with them be and each of them are hereby enjoined and permanently restrained from doing or causing to be done any of the following:
    A. using the marks CHU YING LO, CHEW YOUNG ROO and/or any variation of the marks likely to cause consumer confusion in connection with restaurant and catering services;
    B. doing any other act or thing likely to, or calculated to, induce the belief that Defendants are in any way affiliated, connected or associated with the Plaintiffs' restaurant and catering services business; and
    C. unfairly competing with Plaintiffs by using the marks CHU YING LO, CHEW YOUNG and/or any variation of the marks.
6. Copies of this Order shall be served on Defendants. Service by certified mail is acceptable.

**SO ORDERED**.

Dated: _____                    _____
       New York, New York                         BARBARA S. JONES
                                                United States District Judge