%AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_Southern_ District of _New York_

Mei L. Wang, Michael Y.J. Wang
(Hun Fang Wang)
V.

CYR International, Inc, et al

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

07cv 05462 (BST)

TO: (Name and address of Defendant)

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jennifer Meredith
Meredith & Keyhani, PLLC
330 Madison Ave.
6th Floor
NY NY 10017

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK _[signature] Marcos Quintero_

JUL 0 3 2007

DATE

(By) DEPUTY CLERK