# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Mei L. Wang, Michael Y. J. Wang, Chun Fang Wang.<br><br>Plaintiffs,<br><br>v.<br><br>CYR International, Inc., Chew Young Roo America, Inc., CYR USA, Inc., Chew Young Roo, Inc., Chew Young Roo, Chew Young Roo, Eun Chan Lim.<br><br>Defendants. | Civil Action No.:<br><br>07 CV 05462 (BSJ)<br><br>CERTIFICATE OF<br><br>DEFAULT |

I, J. Michael McMahan, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action commenced on June 8, 2007 with the filing of a summons and complaint. An amended complaint was filed July 3, 2007. Defendant Chew Young Roo, Inc. was served with a copy of the summons and amended complaint on July 10, 2007 and proof of service upon Defendants was filed with this court on August 31, 2007. Chew Young Roo (located in Fort Lee, New Jersey) was served with the summons and amended complaint on August 25, 2007 and proof of service was filed with this court on October 4, 2007. Chew Young Roo (located in Closter, New Jersey) was served with the summons and amended complaint on July 6, 2007 and proof of service was filed with this court on October 4, 2007.

I further certify that the docket entries indicate that the defendants Chew Young Roo, Chew Young Roo (located in Fort Lee, New Jersey) and Chew Young Roo (located in Closter, New Jersey) have not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendants Chew Young Roo, Inc., Chew Young Roo and Chew Young Roo are hereby noted.

Oct 5, 2007

J. Michael McMahon
Clerk of the Court

By: _____

Deputy Clerk