Record of Actual Confusion
"Chu Ying Lo" vs. "Chew Young Roo"

**Note:** We receive numerous calls asking us for the telephone number to "our" Fort Lee, NJ restaurant. For some odd reason, the contact info for the Fort Lee restaurant is not listed with 411 information. As such, customers call us to ask for their tel # since the customers assume that the Fort Lee restaurant is affiliated with us. We don't get many calls asking us for the tel # to the Closter, NJ restaurant because they are listed with 411 information.

**Note:** With regards to the two NJ restaurants, significantly more cases of actual confusion took place between Sept. 2006 through June 2007. Unfortunately, we didn't begin to keep a written log of cases of actual confusion until mid-June 2007.

| Item # | Date | Time | Phone / In-person Inquiry | Inquirer's Name | Incoming Tel # / Contact Tel # | Inquirer's Location | Reason for Call / Inquiry |
|---|---|---|---|---|---|---|---|
| 1 | 6/12/2007 | 8:26 PM | Phone | | | NY | Asked us for the phone # of "our" Fort Lee, NJ restaurant |
| 2 | 6/13/2007 | 11:57 AM | Phone | | | NY | Asked if the two NJ restaurants were owned or franchised by us; we politely informed her that neither of the NJ restaurants were affiliated with us |
| 3 | 6/13/2007 | 6:05 PM | Phone | | | Hackensack, NJ | Asked us for the phone # of "our" Fort Lee, NJ restaurant |
| 4 | 6/15/2007 | 11:31 AM | Phone | | | Hackensack, NJ | Asked us for the phone # of "our" Fort Lee, NJ restaurant |
| 5 | 6/16/2007 | 1:55 PM | In-person | Owner of real estate co. | | Woodside, NY | Gave us his congratulations for the opening of "our" two NJ restaurants; we politely informed him that the NJ restaurants were not affiliated with us |
| 6 | 6/21/2007 | 11:48 AM | Phone | | | Hackensack, NJ | Asked us for the phone # of "our" Fort Lee, NJ restaurant |
| 7 | 6/28/2007 | 2:24 PM | Phone | | | NY | Asked us for driving directions to the Fort Lee, NJ restaurant |
| 8 | 6/30/2007 | 5:29 PM | Phone | | | Hackensack, NJ | Asked us for the phone # of "our" Fort Lee, NJ restaurant |
| 9 | 8/21/2007 | 11:34 AM | Phone | | | Fair Lawn, NJ | Caller wished to place a delivery order with us, to be delivered to their NJ address from "our" NJ restaurant; we politely informed the caller that we could not make delivery to NJ since the NJ restaurants were not affiliated with us |
| 10 | 8/24/2007 | 10:45 AM | Phone | | | Somerville, NJ | Asked if we were the proprietors of the NJ restaurants; we politely informed him that the NJ restaurants were not affiliated with us |
| 11 | 8/29/2007 | 11:16 AM | Phone | | | Northbrook, IL | Asked us for the phone # of "our" Fort Lee, NJ restaurant |
| 12 | 8/29/2007 | 12:19 PM | Phone | Owner of book store | | Flushing, NY | Asked if the two NJ restaurants were owned by us; we politely informed him that neither of the NJ restaurants were affiliated with us |
| 13 | 9/14/2007 | 1:18 PM | Phone | | | NY | Asked us for the phone # of "our" Fort Lee, NJ restaurant |
| 14 | 9/15/2007 | 5:56 PM | Phone | Mr. Kim | | Staten Island, NY | Asked us for the phone # of "our" Fort Lee, NJ restaurant |
| 15 | 10/6/2007 | 7:28 PM | Phone | | | Hackensack, NJ | Asked us for the phone # of "our" Fort Lee, NJ restaurant |
| 16 | 10/9/2007 | 1:00 PM | In-person | Mr. Cheung | | Hackensack, NJ | Asked us if our restaurants in NJ were doing well; we politely informed him that the NJ restaurants were not affiliated with us |

| # | Date | Time | Type | Name | | Location | Notes |
|---|---|---|---|---|---|---|---|
| 17 | 10/10/2007 | 7:00 PM | In-person | Mr. Lee | | Corona, NY | Gave us his congratulations for the opening of "our" two NJ restaurants; we politely informed him that the NJ restaurants were not affiliated with us |
| 18 | 10/11/2007 | 12:30 PM | In-person | Mr. Lee | | Bridgeport, CT | Asked us how "our" restaurant in Closter, NJ was doing; we politely informed him that the Closter, NJ restaurant was not affiliated with us |
| 19 | 10/12/2007 | 1:12 PM | In-person | Mr. Park | | NY | Asked us if our restaurants in NJ were doing well; we politely informed him that the NJ restaurants were not affiliated with us |
| 20 | 10/12/2007 | 1:15 PM | In-person | Mr. Kim | | NY | Asked us if our restaurants in NJ were doing well; we politely informed him that the NJ restaurants were not affiliated with us |
| 21 | 10/12/2007 | 6:05 PM | In-person | Mr. Oh | | NY | Asked us if our restaurants in NJ were doing well; we politely informed him that the NJ restaurants were not affiliated with us |
| 22 | 10/12/2007 | 7:15 PM | In-person | Mr. Woo | | NY | Asked us how long ago we began opening restaurants in NJ; we politely informed him that the NJ restaurants were not affiliated with us |
| 23 | 10/12/2007 | 7:42 PM | In-person | Mr. Kang | | NY | Asked us if our restaurants in NJ were doing well; we politely informed him that the NJ restaurants were not affiliated with us |
| 24 | 10/12/2007 | 8:35 PM | In-person | Mr. Oun | | NY | Asked us if our restaurants in NJ were doing well; we politely informed him that the NJ restaurants were not affiliated with us |
| 25 | 10/14/2007 | 8:20 PM | In-person | Mr. Huh | | Woodside, NY | Asked us if our restaurants in NJ were doing well; we politely informed him that the NJ restaurants were not affiliated with us |
| 26 | 10/14/2007 | 8:53 PM | Phone | Owner of video store | | Bayside, NY | Gave us her congratulations for the opening of "our" two NJ restaurants; we politely informed her that the NJ restaurants were not affiliated with us |
| 27 | 10/14/2007 | 9:25 PM | In-person | Mrs. Kang | | Douglaston, NY | Asked if the two NJ restaurants were owned or franchised by us; we politely informed her that neither of the NJ restaurants were affiliated with us |
| 28 | 10/17/2007 | 7:00 PM | In-person | Mr. Chang | | Cliffside, NJ | Gave us his congratulations for the opening of "our" two NJ restaurants and told us that he patrons "our" NJ restaurants often; we politely informed him that the NJ restaurants were not affiliated with us |
| 29 | 10/17/2007 | 7:05 PM | In-person | Mr. Hong | | Brooklyn, NY | Gave us his congratulations for the opening of "our" two NJ restaurants; we politely informed him that the NJ restaurants were not affiliated with us |
| 30 | 10/17/2007 | 1:30 PM | In-person | Mr. Kim | | Hackensack, NJ | Asked us how long ago we began opening restaurants in NJ; we politely informed him that the NJ restaurants were not affiliated with us |
| 31 | 10/17/2007 | 8:36 PM | Phone | | | Cliffside, NJ | Asked us for the phone # of "our" Fort Lee, NJ restaurant |