## **CERTIFICATE OF SERVICE**

      I hereby certify that on this October 25, 2007 a true and correct copy of the foregoing Order to Show Cause application for Entry of Default Judgment and Expedited Relief with Plaintiffs' Amended Complaint and Summons, supporting Memorandum of Law with Exhibit A, Declaration of Dariush Keyhani, Esq., the affidavit of Michael Y. J. Wang, and the Clerk of the Court's Certificate of Default, was furnished by U.S. Mail on the following:

Peter Melamed, Esq.
KIM & BAE
2160 North Central Road, Suite 303
Fort Lee, NJ  07024

Sung B. Rim, Esq.
LAW OFFICES OF SUNG B. RIM
1637 Palisades Avenue, 2nd Floor
Fort Lee New Jersey, 07024
Chew Young Roo, Inc.
7050 Terminal Square #213
Upper Darby, PA 19082

Daniel T. Hughes, Esq.
Litchfield Cavo LLP
420 Lexington Ave.
Suite 2104
New York, NY 10170

DATE:  October 24, 2007

s/ Dariush Keyhani
Dariush Keyhani