```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DATE FILED: 12/14/07
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------- X
                                      :
MEI L. WANG, MICHAEL Y. J. WANG,      :
CHUN FANG WANG,                       :
                    Plaintiffs,       :       07 cv 5462 (BSJ)
                                      :
            -v-                       :       **ORDER**
                                      :
CYR INTERNATIONAL, INC., CHEW         :
YOUNG ROO AMERICA, INC., CYR USA,     :
INC., CHEW YOUNG ROO, INC., CHEW      :
YOUNG ROO, CHEW YOUNG ROO, EUN        :
CHAN LIM,                             :
                    Defendants.       :
                                      :
------------------------------------- X

**BARBARA S. JONES**
**UNITED STATES DISTRICT JUDGE**

Plaintiffs moved by order to show cause for a default judgment against Defendants Choo Young Roo (Fort Lee, New Jersey), Choo Young Roo (Closter, New Jersey), and Choo Young Roo, Inc. These Defendants have since opposed this motion, averring that they had never been properly served with the summons and complaint, and that their failure to respond in a timely fashion was due to excusable neglect. Because "[d]efault judgments are generally disfavored and are reserved for rare occasions," State Street Bank and Trust Co. v. Inversiones Errazuriz Limitada, 374 F.3d 158, 168 (2d Cir. 2004) (internal quotations omitted), the Court declines to enter a default judgment against the Defendants here. Plaintiffs' motion seeking entry of a default judgment is accordingly DENIED.

SO ORDERED:

Dated:     New York, New York
           December 14, 2007

                                                                                BARBARA S. JONES
                                                                                United States District Judge