Dariush Keyhani (DK-9673)
Jennifer Meredith (JM-4816)
Meredith & Keyhani, PLLC
330 Madison Avenue
6th Floor
New York, New York 10017
(212) 760-0098
Facsimile (212) 202-3819
*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x
Mei L. Wang, Michael Y. J. Wang, Chun Fang )
Wang, )
 )
               Plaintiffs, )
 )
        v. )   7 CV 05462 (BSJ)(FM)
 )
 )
CYR International, Inc., Chew Young Roo )
America, Inc., CYR USA, Inc., Chew Young )
Roo, Inc., Chew Young Roo, Chew Young Roo, )
Eun Chan Lim, Chew Young Roo, Inc., )
Chew Young Roo, Inc., C&Tel, CYR CO., )
LTD., Sung Soo Park, )
 )
               Defendants. )
-------------------------------------------------------------x

**NOTICE OF MOTION TO AMEND PLAINTIFFS' AMENDED COMPLAINT
AND ORDER THEREON**

    WHEREAS Plaintiffs filed their Amended Complaint in this matter on July 3, 2007;

    WHEREAS the Court on October 19, 2007 entered a Scheduling Oder providing leave for the parties to add new parties in this matter until December 21, 2007;

    WHEREAS Plaintiffs have become aware of other parties including Chew Young Roo, Inc., Chew Young Roo, Inc., C&Tel, CYR CO., LTD., and Sung Soo Park that have individually and/or in concert who have violated Plaintiffs' state and federal trademark

and related rights as alleged in Plaintiffs' Amended Complaint and proposed Second Amended Complaint;

      WHEREAS Plaintiffs has determined that the Complaint should therefore be amended to add the additional parties;

      THEREFORE the Court grants Plaintiffs leave to file their Second Amended Compliant attached hereto as Exhibit 1 adding the additional parties Chew Young Roo, Inc., Chew Young Roo, Inc., C&Tel, CYR CO., LTD., and Sung Soo Park as defendants in this matter.

So Ordered:

Date: _____                            _____
                                                    FRANK MAAS
                                                    United States Magistrate Judge