UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Mei L. Wang, Michael Y. J. Wang, Chun Fang Wang,<br><br>Plaintiffs,<br><br>vs.<br><br>CYR International, Inc., Chew Young Roo America, Inc., CYR USA, Inc., Chew Young Roo, Inc., Chew Young Roo, Chew Young Roo Eun Chan Lim,<br><br>Defendants. | CASE NO: 07-CV-05462 (BSJ)<br><br>**NOTICE OF APPEARANCE** |

To the Clerk of this Court and all parties of record:

    Enter my appearance as counsel in this case for:

        Defendant Yeomin Corp. d/b/a Chew Young Roo.

    I certify that I am admitted to practice in this Court.


Dated: January 18, 2008

                                              /s/ Daniel K. Lee

                                              DANIEL K. LEE (DL8636)
                                              Law Office of Daniel K. Lee
                                              410 Broad Avenue, Suite 200
                                              Palisades Park, NJ  07650
                                              (201) 944-0083 Fax(201) 947-2114

Case 1:07-cv-05462-BSJ-FM    Document 21    Filed 01/18/2008    Page 2 of 2