UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Mei L. Wang, Michael Y. J. Wang, Chun Fang Wang,<br><br>    Plaintiffs,<br><br>  vs.<br><br>CYR International, Inc., Chew Young Roo America, Inc., CYR USA, Inc., Chew Young Roo, Inc., Chew Young Roo, Chew Young Roo Eun Chan Lim,<br><br>    Defendants. | CASE NO: 07-CV-05462 (BSJ)<br><br>**RULE 7.1 STATEMENT** |

  Pursuant to Federal Rules of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for the Defendant Yeomin Corp. d/b/a Chew Young Roo certify that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held: Upon reasonable investigation, there are no corporate parents, affiliates and/or subsidiaries of said Defendant, which are publicly held.

Dated: January 18, 2008      /s/ Daniel K. Lee
                DANIEL K. LEE (DL8636)
                Law Office of Daniel K. Lee
                410 Broad Avenue, Suite 200
                Palisades Park, NJ  07650
                (201) 944-0083 Fax (201) 947-2114
                *Attorney for Defendant*
                *Yeomin Corp. d/b/a Chew Young Roo*