Dariush Keyhani (DK-9673)
Jennifer Meredith (JM-4816)
Meredith & Keyhani, PLLC
330 Madison Avenue
6th Floor
New York, New York 10017
(212) 760-0098
Facsimile (212) 202-3819
*Attorneys for Plaintiffs*



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/22/08

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x
Mei L. Wang, Michael Y. J. Wang, Chun Fang )
Wang, )
 )
                    Plaintiffs, )
 )
            v. )     7 CV 05462 (BSJ)(FM)
 )
 )     ORDER
CYR International, Inc., Chew Young Roo )
America, Inc., CYR USA, Inc., Chew Young )
Roo, Inc., Chew Young Roo, Chew Young Roo, )
Eun Chan Lim, Chew Young Roo, Inc., )
Chew Young Roo, Inc., C&Tel, CYR CO., )
LTD., Sung Soo Park, )
 )
                    Defendants. )
------------------------------------------------------x

**ORIGINAL**

   WHEREAS Plaintiffs filed their Amended Complaint in this matter on July 3, 2007;

   WHEREAS the Court on October 19, 2007 entered a Scheduling Oder providing leave for the parties to add new parties in this matter until December 21, 2007;

   WHEREAS Plaintiffs have become aware of other parties including Chew Young Roo, Inc., Chew Young Roo, Inc., C&Tel, CYR CO., LTD., and Sung Soo Park that have individually and/or in concert who have violated Plaintiffs' state and federal trademark

and related rights as alleged in Plaintiffs' Amended Complaint and proposed Second Amended Complaint;

WHEREAS Plaintiffs has determined that the ~~Complaint~~ Amended Complaint should therefore be further [FM] amended to add the additional parties; and

WHEREAS, The Plaintiffs' motion to amend is unopposed; now THEREFORE the Court grants Plaintiffs leave to file their Second Amended Compliant ~~attached hereto~~ in the annexed form annexed to their Notice of Motion as Exhibit 1 (adding the additional parties Chew Young Roo, Inc., Chew Young Roo, Inc., C&Tel, CYR CO., LTD., and Sung Soo Park as defendants in this matter).

So Ordered:

Date: 1/22/08

FRANK MAAS
United States Magistrate Judge