Dariush Keyhani (DK-9673)
Jennifer Meredith (JM-4816)
Meredith & Keyhani, PLLC
330 Madison Avenue
6th Floor
New York, New York 10017
(212) 760-0098
Facsimile (212) 202-3819
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x
Mei L. Wang, Michael Y. J. Wang, Chun Fang   )
Wang,   )
   )
              Plaintiffs,   )
   )
          v.   )   7 CV 05462 (BSJ)(FM)
   )
   )
CYR International, Inc., Chew Young Roo   )
America, Inc., CYR USA, Inc., Chew Young   )
Roo, Inc., Chew Young Roo, Chew Young Roo,   )
Eun Chan Lim, Chew Young Roo, Inc.,   )
Chew Young Roo, Inc., C&Tel, CYR CO.,   )
LTD., Sung Soo Park,   )
   )
              Defendants.   )
-------------------------------------------------------------x

**NOTICE OF MOTION FOR A PRELIMINARY INJUNCTION AGAINST
DEFENDANTS CHEW YOUNG ROO CLOSTER NEW JERSEY, CHEW
YOUNG ROO FORT LEE NEW JERSEY, AND CHEW YOUNG ROO
PENNSYLVANIA**

**PLEASE TAKE NOTICE** that upon the annexed Affidavit of Michael Y.J.

Wang executed on October 22, 2007, Exhibit A, record of incidences of consumer

confusion, the accompanying Memorandum of Law in support of this motion and the

pleadings herein, Plaintiffs will move this Court, before the Honorable Judge Barbara S.

Jones, for an order granting Plaintiffs' Motion for a Preliminary Injunction pursuant to

Rule 65 of the Federal Rules against Defendants Chew Young Roo Closter New Jersey, Chew Young Roo Fort Lee New Jersey, and Chew Young Roo Pennsylvania, immediately enjoining them from using Plaintiffs' trademarks "CHU YING LO" and "CHEW YOUNG ROO" and any confusingly similar variations of the marks in connection with Defendants' establishments.

February 16, 2008

Respectfully submitted,

s/Dariush Keyhani
Dariush Keyhani (DK-9673)
Jennifer Meredith (JM-4816)
Meredith & Keyhani, PLLC
330 Madison Avenue
6th Floor
New York, New York 10017
Phone:  (212) 760-0098
Facsimile (212) 202-3819
*Attorneys for Plaintiffs*