# Record of Actual Confusion
## "Chu Ying Lo" vs. "Chew Young Roo"

<u>Note:</u> We receive numerous calls asking us for the telephone number to "our" Fort Lee, NJ restaurant. For some odd reason, the contact info for the Fort Lee restaurant is not listed with 411 information. As such, customers call us to ask for their tel # since the customers assume that the Fort Lee restaurant is affiliated with us. We don't get many calls asking us for the tel # to the Closter, NJ restaurant because they are listed with 411 information.

<u>Note:</u> Beginning mid to late February 2008, we may no longer receive as many phone calls as previously asking us for the telephone number to "our" Fort Lee, NJ restaurant since they will be listed in the major 2008 Korean phone book distributed widely throughout the Tri-State area, published annually by The Korea Daily newspaper.

<u>Note:</u> With regards to the two NJ restaurants, significantly more cases of actual confusion took place between Sept. 2006 through June 2007. Unfortunately, we did not begin to keep a written log of cases of actual confusion until mid-June 2007.

| Item # | Date | Time | Phone / In-person Inquiry | Inquirer's Name | Incoming Tel # / Contact Tel # | Inquirer's Location | Reason for Call / Inquiry |
|---|---|---|---|---|---|---|---|
| 1 | 6/12/2007 | 8:26 PM | Phone | | | NY | Asked us for the phone # of "our" Fort Lee, NJ restaurant |
| 2 | 6/13/2007 | 11:57 AM | Phone | | | NY | Asked if the two NJ restaurants were owned or franchised by us; we politely informed her that neither of the NJ restaurants were affiliated with us |
| 3 | 6/13/2007 | 6:05 PM | Phone | | | Hackensack, NJ | Asked us for the phone # of "our" Fort Lee, NJ restaurant |
| 4 | 6/15/2007 | 11:31 AM | Phone | | | Hackensack, NJ | Asked us for the phone # of "our" Fort Lee, NJ restaurant |
| 5 | 6/16/2007 | 1:55 PM | In-person | | | Woodside, NY | Gave us his congratulations for the opening of "our" two NJ restaurants; we politely informed him that the NJ restaurants were not affiliated with us |
| 6 | 6/21/2007 | 11:48 AM | Phone | | | Hackensack, NJ | Asked us for the phone # of "our" Fort Lee, NJ restaurant |
| 7 | 6/28/2007 | 2:24 PM | Phone | | | NY | Asked us for driving directions to the Fort Lee, NJ restaurant |
| 8 | 6/30/2007 | 5:29 PM | Phone | | | Hackensack, NJ | Asked us for the phone # of "our" Fort Lee, NJ restaurant |
| 9 | 8/21/2007 | 11:34 AM | Phone | | | Fair Lawn, NJ | Caller wished to place a delivery order with us, to be delivered to their NJ address from "our" NJ restaurant; we politely informed the caller that we could not make delivery to NJ since the NJ restaurants were not affiliated with us |
| 10 | 8/24/2007 | 10:45 AM | Phone | | | Somerville, NJ | Asked if we were the proprietors of the NJ restaurants; we politely informed him that the NJ restaurants were not affiliated with us |
| 11 | 8/29/2007 | 11:16 AM | Phone | | | Northbrook, IL | Asked us for the phone # of "our" Fort Lee, NJ restaurant |
| 12 | 8/29/2007 | 12:19 PM | Phone | | | Flushing, NY | Asked if the two NJ restaurants were owned by us; we politely informed him that neither of the NJ restaurants were affiliated with us |

| # | Date | Time | Type | Name | Location | Notes |
|---|------|------|------|------|----------|-------|
| 13 | 9/14/2007 | 1:18 PM | Phone | | NY | Asked us for the phone # of "our" Fort Lee, NJ restaurant |
| 14 | 9/15/2007 | 5:56 PM | Phone | Kim | Staten Island, NY 10314 | Asked us for the phone # of "our" Fort Lee, NJ restaurant |
| 15 | 10/8/2007 | 7:28 PM | Phone | | Hackensack, NJ | Asked us for the phone # of "our" Fort Lee, NJ restaurant |
| 16 | 10/9/2007 | 1:00 PM | In-person | Jin | Hackensack, NJ | Asked us if our restaurants in NJ were doing well; we politely informed him that the NJ restaurants were not affiliated with us |
| 17 | 10/10/2007 | 7:00 PM | In-person | Lee | Corona, NY 11368 | Gave us his congratulations for the opening of "our" two NJ restaurants; we politely informed him that the NJ restaurants were not affiliated with us |
| 18 | 10/11/2007 | 12:30 PM | In-person | Lee | Bridgeport, CT | Asked us how "our" restaurant in Closter, NJ was doing; we politely informed him that the Closter, NJ restaurant was not affiliated with us |
| 19 | 10/12/2007 | 1:12 PM | In-person | Park | NY | Asked us if our restaurants in NJ were doing well; we politely informed him that the NJ restaurants were not affiliated with us |
| 20 | 10/12/2007 | 1:15 PM | In-person | Kim | NY | Asked us if our restaurants in NJ were doing well; we politely informed him that the NJ restaurants were not affiliated with us |
| 21 | 10/12/2007 | 6:05 PM | In-person | Oh | NY | Asked us if our restaurants in NJ were doing well; we politely informed him that the NJ restaurants were not affiliated with us |
| 22 | 10/12/2007 | 7:15 PM | In-person | Woo | NY | Asked us how long ago we began opening restaurants in NJ; we politely informed him that the NJ restaurants were not affiliated with us |
| 23 | 10/12/2007 | 7:42 PM | In-person | Kang | NY | Asked us if our restaurants in NJ were doing well; we politely informed him that the NJ restaurants were not affiliated with us |
| 24 | 10/12/2007 | 8:35 PM | In-person | Soo | NY | Asked us if our restaurants in NJ were doing well; we politely informed him that the NJ restaurants were not affiliated with us |
| 25 | 10/14/2007 | 8:20 PM | In-person | Huh | Woodside, NY 11377 | Asked us if our restaurants in NJ were doing well; we politely informed him that the NJ restaurants were not affiliated with us |
| 26 | 10/14/2007 | 8:53 PM | Phone | | Bayside, NY | Gave us her congratulations for the opening of "our" two NJ restaurants; we politely informed her that the NJ restaurants were not affiliated with us |
| 27 | 10/14/2007 | 9:25 PM | In-person | Kang | Douglaston, NY | Asked if the two NJ restaurants were owned or franchised by us; we politely informed her that neither of the NJ restaurants were affiliated with us |

| # | Date | Time | Type | Name | | Location | Notes |
|---|------|------|------|------|---|----------|-------|
| 28 | 10/17/2007 | 7:00 PM | In-person | Chang | | Cliffside, NJ | Gave us his congratulations for the opening of "our" two NJ restaurants and told us that he patrons "our" NJ restaurants often; we politely informed him that the NJ restaurants were not affiliated with us |
| 29 | 10/17/2007 | 7:05 PM | In-person | Hong | | Brooklyn, NY | Gave us his congratulations for the opening of "our" two NJ restaurants; we politely informed him that the NJ restaurants were not affiliated with us |
| 30 | 10/17/2007 | 1:30 PM | In-person | Kim | | Hackensack, NJ | Asked us how long ago we began opening restaurants in NJ; we politely informed him that the NJ restaurants were not affiliated with us |
| 31 | 10/17/2007 | 8:36 PM | Phone | | | Cliffside, NJ | Asked us for the phone # of "our" Fort Lee, NJ restaurant |
| 32 | 10/21/2007 | | In-person | Kim | | Closter, NJ | Asked us how "our" restaurant in Closter, NJ was doing; we politely informed him that the Closter, NJ restaurant was not affiliated with us |
| 33 | 10/22/2007 | | In-person | Jung | | NY | Told us that he went to eat at "our" Fort Lee restaurant; he was very surprised when we informed him that the Fort Lee restaurant was not affiliated with us |
| 34 | 10/24/2007 | | In-person | Cho | | Brooklyn, NY | Asked if the two NJ restaurants were owned or franchised by us; we politely informed her that neither of the NJ restaurants were affiliated with us |
| 35 | 10/24/2007 | | In-person | Park | | Fresh Meadows, NY 11365 | Gave us his congratulations for the opening of "our" two NJ restaurants; we politely informed him that the NJ restaurants were not affiliated with us |
| 36 | 10/24/2007 | | In-person | Choi | | NY | Gave us his congratulations for the opening of "our" two NJ restaurants; we politely informed him that the NJ restaurants were not affiliated with us |
| 37 | 10/25/2007 | | In-person | Yoo | | Woodside, NY 11377 | Asked if the two NJ restaurants were owned or franchised by us; we politely informed her that neither of the NJ restaurants were affiliated with us |
| 38 | 10/25/2007 | 7:58 PM | Phone | | | Morristown, NJ | Asked us for the phone # of "our" Fort Lee, NJ restaurant |
| 39 | 10/26/2007 | 5:12 PM | Phone | | | Hackensack, NJ | Asked us for the phone # of "our" Fort Lee, NJ restaurant |
| 40 | 10/28/2007 | | In-person | Kim | | Hackensack, NJ | Asked if we were the proprietors of the NJ restaurants; we politely informed him that the NJ restaurants were not affiliated with us |
| 41 | 10/28/2007 | | In-person | Kim | | New Hyde Park, NY 11040 | Asked us why the food served in "our" NJ restaurants didn't taste the same as our Woodside restaurant; we politely informed him that the NJ restaurants were not affiliated with us |
| 42 | 10/28/2007 | | In-person | Lee | | Nassau County, NY | Asked us why the food served in "our" NJ restaurants didn't taste as good as our Woodside restaurant; we politely informed him that the NJ restaurants were not affiliated with us |

| # | Date | Time | Type | Name | Location | Notes |
|---|------|------|------|------|----------|-------|
| 43 | 10/29/2007 | | In-person | Kim | Sufferin, NY 10901 | Asked us if our restaurants in NJ were doing well; we politely informed him that the NJ restaurants were not affiliated with us |
| 44 | 10/29/2007 | | In-person | Song | Santa Ana, CA | Asked us if the LA, CA restaurant was owned or franchised by us; we politely informed him that the LA restaurant was not affiliated with us |
| 45 | 10/31/2007 | | In-person | Kim | NY | Gave us his congratulations for the opening of "our" two NJ restaurants; we politely informed him that the NJ restaurants were not affiliated with us |
| 46 | 10/31/2007 | | In-person | Kim | Cold Spring Harbor, NY | Gave us his congratulations for the opening of "our" two NJ restaurants; we politely informed him that the NJ restaurants were not affiliated with us |
| 47 | 10/31/2007 | 2:37 PM | Phone | | NY | Asked if the two NJ restaurants were owned or franchised by us; we politely informed him that neither of the NJ restaurants were affiliated with us |
| 48 | 11/1/2007 | | In-person | Ham | NY | Gave us his congratulations for the opening of "our" two NJ restaurants; we politely informed him that the NJ restaurants were not affiliated with us |
| 49 | 11/2/2007 | | In-person | Kim | Ridgewood, NY 11385 | Gave us his congratulations for the opening of "our" two NJ restaurants; we politely informed him that the NJ restaurants were not affiliated with us |
| 50 | 11/2/2007 | | In-person | Kim | Tarrytown, NY | Asked us how "our" restaurant in NJ were doing; we politely informed him that the NJ restaurants were not affiliated with us |
| 51 | 11/3/2007 | | In-person | Lee | NY | Gave us his congratulations for the opening of "our" two NJ restaurants; we politely informed him that the NJ restaurants were not affiliated with us |
| 52 | 11/6/2007 | | In-person | Chan | Sunnyside, NY 11104 | Asked if the two NJ restaurants were owned or franchised by us; we politely informed her that neither of the NJ restaurants were affiliated with us |
| 53 | 11/6/2007 | 5:38 PM | Phone | | | Asked us for the phone # of "our" Fort Lee, NJ restaurant |
| 54 | 11/8/2007 | 5:05 PM | Phone | | NY | A woman asked us if the Fort Lee restaurant was owned or franchised by us; we politely informed her that the Fort Lee restaurant was not affiliated with us |
| 55 | 11/9/2007 | 11:57 AM | Phone | | Leonia, NJ | A woman asked if the two NJ restaurants were owned or franchised by us; we politely informed her that neither of the NJ restaurants were affiliated with us |
| 56 | 11/10/2007 | | In-person | Yang | NY | Asked us how "our" restaurant in NJ were doing; we politely informed him that the NJ restaurants were not affiliated with us |
| 57 | 11/10/2007 | | In-person | Pak | NY | Asked us how "our" restaurant in NJ were doing; we politely informed him that the NJ restaurants were not affiliated with us |

| # | Date | Time | Type | Name | | | Location | Notes |
|---|------|------|------|------|---|---|----------|-------|
| 58 | 11/11/2007 | 3:43 PM | Phone | | | | Paramus, NJ 07652 | A woman asked us if the Fort Lee restaurant was owned or franchised by us; we politely informed her that the Fort Lee restaurant was not affiliated with us |
| 59 | 11/12/2007 | | In-person | Kang | | | NY | Asked if the two NJ restaurants were owned or franchised by us; we politely informed the customer that neither of the NJ restaurants were affiliated with us |
| 60 | 11/12/2007 | | In-person | Choi | | | NY | Asked if the two NJ restaurants were owned or franchised by us; we politely informed the customer that neither of the NJ restaurants were affiliated with us |
| 61 | 11/12/2007 | 6:59 PM | Phone | | | | Fair Lawn, NJ | A woman placed a take out order consisting of two noodle dishes for pick-up; when the order was not picked-up, we called the woman; she stated that she intended to pick-up the order in "our" NJ restaurant; we informed her that the NJ restaurants were not affiliated with us |
| 62 | 11/16/2007 | 12:37 PM | Phone | | | | Hackensack, NJ | A woman asked if the NJ restaurants were affiliated with us; we informed that that the NJ restaurants were affiliated with us |
| 63 | 11/17/2007 | 12:37 PM | Phone | | | | Closter, NJ | A woman asked us for the phone # of "our" Fort Lee, NJ restaurant |
| 64 | 11/18/2007 | 4:07 PM | Phone | Jin | | | Northvale, NJ 07647 | A woman asked us for the phone # of "our" Closter, NJ restaurant |
| 65 | 11/23/2007 | 12:31 PM | Phone | Lee | | | Englewood Cliffs, NJ 07632 | A woman asked us for the phone # of "our" Fort Lee, NJ restaurant |
| 66 | 11/30/2007 | | In-person | Oh | | | | Asked if the two NJ restaurants were owned or franchised by us; we politely informed the customer that neither of the NJ restaurants were affiliated with us |
| 67 | 12/1/2007 | 11:07 AM | Phone | | | | Irvington, NJ 07111 | A woman asked us for the phone # of "our" Fort Lee, NJ restaurant |
| 68 | 12/1/2007 | 11:17 AM | Phone | | | | Carmel, NY | A woman asked us for the phone # of "our" Closter, NJ restaurant |
| 69 | 12/3/2007 | 1:21 PM | Phone | Lee | | | Palisades Park, NJ 07650 | A woman asked us for the phone # of "our" Fort Lee, NJ restaurant |
| 70 | 12/5/2007 | 1:25 PM | In-person | Lee | | | Elmhurst, NY | Customer stated that he patroned the Fort Lee, NJ restaurant over ten times since its opening due to his assumption that it was affiliated with us; we informed the customer that the NJ restaurants were not affiliated with us |
| 71 | 12/6/2007 | 2:20 PM | In-person | Jeon | | | NY | Asked if the two NJ restaurants were owned or franchised by us; customer has been a patron of the Woodside restaurant since close to its opening; we politely informed the customer that neither of the NJ restaurants were affiliated with us |
| 72 | 12/6/2007 | 2:20 PM | In-person | Kim | | | NY | Asked if the two NJ restaurants were owned or franchised by us; customer has been a patron of the Woodside restaurant since close to its opening; we politely informed the customer that neither of the NJ restaurants were affiliated with us |
| 73 | 12/8/2007 | 12:48 PM | Phone | Chuon | | | Fort Lee, NJ 07024 | A woman asked us for the phone # of "our" Fort Lee, NJ restaurant |

| # | Date | Time | Type | Name | | | Location | Notes |
|---|---|---|---|---|---|---|---|---|
| 74 | 12/9/2007 | 5:05 PM | Phone | | | | Hackensack, NJ | A woman asked us for the phone # of "our" Closter, NJ restaurant |
| 75 | 12/12/2007 | | In-person | Jang | | | NY | Asked if the two NJ restaurants were owned or franchised by us; we politely informed the customer that neither of the NJ restaurants were affiliated with us |
| 76 | 12/12/2007 | | In-person | Yang | | | NY | Asked if the two NJ restaurants were owned or franchised by us; we politely informed the customer that neither of the NJ restaurants were affiliated with us |
| 77 | 12/19/2007 | 6:50 PM | In-person | Chung | | | NY | Asked us how "our" restaurant in NJ were doing; we politely informed him that the NJ restaurants were not affiliated with us |
| 78 | 12/23/2007 | | In-person | Yang | | | Rahway, NJ | Gave us his congratulations for the opening of "our" two NJ restaurants; we politely informed him that the NJ restaurants were not affiliated with us |
| 79 | 12/23/2007 | | In-person | Lee | | | NY | Asked us how "our" restaurant in NJ were doing; we politely informed the customer that the NJ restaurants were not affiliated with us |
| 80 | 12/23/2007 | | In-person | Lee | | | NY | Asked us how "our" restaurant in NJ were doing; we politely informed the customer that the NJ restaurants were not affiliated with us |
| 81 | 12/26/2007 | 6:25 PM | Phone | | | | NY | Asked us for the phone # of "our" Fort Lee, NJ restaurant |
| 82 | 12/27/2007 | 5:00 PM | In-person | Lee | | | NY | Asked us how "our" restaurant in NJ were doing; we politely informed the customer that the NJ restaurants were not affiliated with us |
| 83 | 12/29/2007 | 7:25 PM | Phone | | | | Poway, CA | Wanted to place a take out order to be picked up at "our" NJ restaurant; we politely informed the customer that the NJ restaurants were not affiliated with us |
| 84 | 12/30/2007 | | Phone | | | | Fair Lawn, NJ | Asked us if the NJ restaurants are branches of the Woodside restaurant; we politely informed the customer that the NJ restaurants were not affiliated with us |
| 85 | 1/1/2008 | 8:05 PM | In-person | Wang | | | Nutley, NJ | Asked if the two NJ restaurants were owned or franchised by us; we politely informed the customer that neither of the NJ restaurants were affiliated with us |
| 86 | 1/2/2008 | | In-person | Kim | | | NY | Gave us his congratulations for the opening of "our" two NJ restaurants; we politely informed him that the NJ restaurants were not affiliated with us |
| 87 | 1/6/2008 | 4:18 PM | Phone | | | | Hackensack, NJ | Asked us if the NJ restaurants are branches of the Woodside restaurant; we politely informed the customer that the NJ restaurants were not affiliated with us |
| 88 | 1/6/2008 | 9:15 PM | In-person | Cho | | | NY | Customer stated that he ate at the Fort Lee, NJ restaurant assuming that it was owned and operated by us; we politely informed the customer that the NJ restaurants were not affiliated with us |

| # | Date | Time | Method | Name | | Location | Notes |
|---|---|---|---|---|---|---|---|
| 89 | 1/8/2008 | 9:15 PM | In-person | Yuz | | NY | Customer stated that he ate at the Fort Lee, NJ and Closter, NJ restaurants and assumed that they were owned and operated by us; we politely informed the customer that the NJ restaurants were not affiliated with us |
| 90 | 1/8/2008 | 4:30 PM | In-person | Chan | | NY | Asked us how "our" restaurant in NJ were doing; we politely informed the customer that the NJ restaurants were not affiliated with us |
| 91 | 1/8/2008 | 4:30 PM | In-person | Woo | | Hackensack, NJ | Asked us how "our" restaurant in NJ were doing; we politely informed the customer that the NJ restaurants were not affiliated with us |
| 92 | 1/9/2008 | 4:03 PM | Phone | | | NY | Asked us if the NJ restaurants are branches of the Woodside restaurant; we politely informed the customer that the NJ restaurants were not affiliated with us |
| 93 | 1/12/2008 | 1:09 PM | Phone | | | NY | A man asked us if the NJ restaurants are branches of the Woodside restaurant; we politely informed the customer that the NJ restaurants were not affiliated with us |
| 94 | 1/13/2008 | 8:50 PM | In-person | Yong | | Seoul Korea | Customer who resides in Seoul, South Korea questioned what the relationship was between the Korea Chew Young Roo and us |
| 95 | 1/16/2008 | 12:00 PM | In-person | Yun | | | Asked if the two NJ restaurants were owned or franchised by us; we politely informed the customer that neither of the NJ restaurants were affiliated with us |
| 96 | 1/17/2008 | 7:51 PM | Phone | Shin | | Norwood, NJ 07648 | Asked if the two NJ restaurants were owned or franchised by us; we politely informed the customer that neither of the NJ restaurants were affiliated with us |
| 97 | 1/20/2008 | 1:20 PM | In-person | Choi | | NY | Asked if the two NJ restaurants were owned or franchised by us; we politely informed the customer that neither of the NJ restaurants were affiliated with us |
| 98 | 1/20/2008 | 1:20 PM | In-person | Ho | | NY | Asked if the two NJ restaurants were owned or franchised by us; we politely informed the customer that neither of the NJ restaurants were affiliated with us |
| 99 | 1/20/2008 | 1:20 PM | In-person | Park | | NY | Asked if the two NJ restaurants were owned or franchised by us; we politely informed the customer that neither of the NJ restaurants were affiliated with us |
| 100 | 1/20/2008 | 1:20 PM | In-person | Kim | | NY | Asked if the two NJ restaurants were owned or franchised by us; we politely informed the customer that neither of the NJ restaurants were affiliated with us |
| 101 | 1/20/2008 | 1:25 PM | In-person | Lee | | NY | Asked if the two NJ restaurants were owned or franchised by us; we politely informed the customer that neither of the NJ restaurants were affiliated with us |
| 102 | 1/20/2008 | 1:30 PM | In-person | Kim | | NY | Asked us how "our" restaurant in NJ were doing; we politely informed the customer that the NJ restaurants were not affiliated with us |

| # | Date | Time | Type | Name | Location | Notes |
|---|------|------|------|------|----------|-------|
| 103 | 1/20/2008 | 1:30 PM | In-person | Ahn | Woodside, NY | Asked if the two NJ restaurants were owned or franchised by us; we politely informed the customer that neither of the NJ restaurants were affiliated with us |
| 104 | 1/20/2008 | 1:30 PM | In-person | Park | Woodside, NY | Asked if the two NJ restaurants were owned or franchised by us; we politely informed the customer that neither of the NJ restaurants were affiliated with us |
| 105 | 1/20/2008 | 9:15 PM | In-person | Rhee | Woodside, NY | Gave us his congratulations for the opening of "our" two NJ restaurants; we politely informed him that the NJ restaurants were not affiliated with us |
| 106 | 1/20/2008 | 9:15 PM | In-person | Kuen | NY | Gave us his congratulations for the opening of "our" two NJ restaurants; we politely informed him that the NJ restaurants were not affiliated with us |
| 107 | 1/24/2008 | | In-person | Shin | NY | Asked us how long ago we began opening restaurants in NJ; we politely informed him that the NJ restaurants were not affiliated with us |
| 108 | 1/27/2008 | | In-person | Lee | NY | Asked if the two NJ restaurants were owned or franchised by us; we politely informed the customer that neither of the NJ restaurants were affiliated with us |
| 109 | 1/27/2008 | | In-person | Kim | NY | Gave us his congratulations for the opening of "our" two NJ restaurants; we politely informed him that the NJ restaurants were not affiliated with us |
| 110 | 1/27/2008 | 2:33 PM | Phone | | Hackensack, NJ | A man asked us if the NJ restaurants were owned by us; we politely informed him that the NJ restaurants were not affiliated with us |
| 111 | 1/28/2008 | 11:30 AM | In-person | Stern | NY | Asked if the two NJ restaurants were owned or franchised by us; we politely informed the customer that neither of the NJ restaurants were affiliated with us |
| 112 | 1/28/2008 | 11:50 AM | In-person | Choi | NY | Asked if the two NJ restaurants were owned or franchised by us; we politely informed the customer that neither of the NJ restaurants were affiliated with us |
| 113 | 1/30/2008 | 2:15 PM | In-person | Chang | NY | Gave us his congratulations for the opening of "our" two NJ restaurants; we politely informed him that the NJ restaurants were not affiliated with us |
| 114 | 1/30/2008 | 2:30 PM | In-person | Park | NY | Asked us how "our" restaurants in NJ were doing; we politely informed the customer that the NJ restaurants were not affiliated with us; he was shocked to learn of this fact and stated that he is willing to go to court to testify on our behalf |
| 115 | 1/31/2008 | 1:00 PM | In-person | Han | NY | Asked if the two NJ restaurants were owned or franchised by us; we politely informed the customer that neither of the NJ restaurants were affiliated with us |
| 116 | 1/31/2008 | 1:10 PM | In-person | Chun | NY | Asked if the two NJ restaurants were owned or franchised by us; we politely informed the customer that neither of the NJ restaurants were affiliated with us |