IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Mei L. Wang, Michael Y. J. Wang, Chun Fang Wang.<br><br>Plaintiffs,<br><br>v.<br><br>CYR International, Inc., Chew Young Roo America, Inc., CYR USA, Inc., Chew Young Roo, Inc., Chew Young Roo, Chew Young Roo Eun Chan Lim, Chew Young Roo, Inc., Chew Young Roo, Inc., C&Tel, CYR CO., LTD., Sung Soo Park,<br><br>Defendants. | Civil Action No.:<br><br>07 CV 05462 (BSJ) (FM) |

## CERTIFIFICATE OF SERVICE

I hereby certify that on this February 16, 2008, I electronically filed and served Plaintiffs' Motion for a Temporary Restraining Order, Supporting Memorandum of law and Exhibits with the Clerk of the District Court using its CM/ECF system, which would then notify the following Defendants' counsel of record:

Daniel T. Hughes, Esq.
Litchfield Cavo LLP
420 Lexington Ave.
Suite 2104
New York, NY 10170

Daniel K. Lee, Esq.
Law office of Daniel K. Lee
410 Broad Avenue, Suite 200
Palisades Park, NJ 07650

I also served by U.S. Mail Plaintiffs' Motion for a Temporary Restraining Order, Supporting Memorandum of law and Exhibits on this February 16, 2008 on the following Defendants who do no received ECF notices in this matter.

Peter Melamed, Esq.
KIM & BAE
2160 North Central Road, Suite 303
Fort Lee, NJ 07024

Sung B. Rim, Esq.
LAW OFFICES OF SUNG B. RIM
1637 Palisades Avenue, 2nd Floor
Fort Lee New Jersey, 07024
Chew Young Roo, Inc.
7050 Terminal Square #213
Upper Darby, PA 19082

Chew Young Roo, Inc.
7050 Terminal Square #213
Upper Darby, PA 19082

*/s/ Dariush Keyhani*
Dariush Keyhani