**MEMO ENDORSED**

**MEREDITH & KEYHANI, PLLC**

www.meredithkeyhani.com

March 13, 2008

VIA FACSIMILE
(212) 805-6724

Hon. Frank Maas
United States Magistrate Judge
United States District Court, SDNY
500 Pearl Street, Room 740
New York, New York 10017-1312

> Application granted on condition that counsel causes the necessary documents to be delivered to the Central Authority within 45 days.
> /s/ Maas, USMJ, 3/13/08

Re: **Wang et. al. v. CYR International, Inc. et al**, 07 Civil Action Number 05462 (BSJ)(FM)

Dear Judge Mass:

   We represent the Plaintiffs in the above referenced matter. Per your Clerk's direction, we write this letter to respectfully request that the Court grant leave to amend the Summons (originally issued on July 3, 2007) in this matter for service of the Second Amended Complaint on the additional parties added to this action who are located in South Korea and to extend time for service beyond the one hundred and twenty (120) days normally allowed under the Rules as service under the Hague Convention may require some additional time.

Respectfully submitted,

Dariush Keyhani*

cc: via facsimile
Daniel T. Hughes, Esq.
Daniel K. Lee, Esq.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/13/08

---

* Admitted before the Southern, Eastern, and Western Districts of New York, New Jersey District Court and the New Jersey Bar–not a member of the NY State Bar

NEW YORK OFFICE
330 MADISON AVENUE
6TH FLOOR
NEW YORK, NEW YORK 10017
212.760.0098 TELEPHONE
212.202.3819 FACSIMILE

PRINCETON OFFICE
5 INDEPENDENCE WAY
SUITE 300
PRINCETON, NJ 08540
609.945.7406 TELEPHONE
609.228.4031 FACSIMILE