

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------- X
                                :
MEI L. WANG, MICHAEL Y. J. WANG,     :
CHUN FANG WANG,                      :
                Plaintiffs,      :      **07 cv 5462  (BSJ)**
                                :
        -v-                    :      <u>ORDER</u>
                                :
CYR INTERNATIONAL, INC., CHEW       :
YOUNG ROO AMERICA, INC., CYR USA,   :
INC., CHEW YOUNG ROO, INC., CHEW    :
YOUNG ROO, CHEW YOUNG ROO, EUN      :
CHAN LIM,                        :
               Defendants.     :
                                :
----------------------------------- X

. . . . . . ED / FAXED TO:
   COUNSEL FOR PLTFF(S):____
   COUNSEL FOR DFT(S):____
   PLTFF PRO SE:_____
   DFT PRO SE:_____
   DATE: 3/20/08
   BY:____

**BARBARA S. JONES**
**UNITED STATES DISTRICT JUDGE**

     On February 16, 2008, Plaintiffs filed a Motion for a
Preliminary Injunction.  The Defendants who have appeared have
not filed submissions in response to this motion, nor have they
submitted applications for an extension of time.  Under Local
Civil Rule 6.1(b), "any opposing affidavits and answering
memoranda shall be served within ten business days after service
of the moving papers"; the ten-business-day period after service
of the moving papers concluded at the close of business February
29, 2008.  Defendants CYR International and Chew Young Roo are
directed to respond to Plaintiffs' Motion on or before Wednesday,
March 28, 2008.  If Defendants fail to respond by that time, the
Court will decide the pending Motion unopposed.

**SO ORDERED:**

Dated:     New York, New York
           March 20, 2008

**BARBARA S. JONES**
**United States District Judge**