UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
  :
MEI L. WANG, MICHAEL Y. J. WANG,    :
CHUN FANG WANG,                     :
                      Plaintiffs,   :   07 cv 5462 (BSJ)
                                    :
        -v-                         :   ORDER
                                    :
CYR INTERNATIONAL, INC., CHEW       :
YOUNG ROO AMERICA, INC., CYR USA,   :
INC., CHEW YOUNG ROO, INC., CHEW    :
YOUNG ROO, CHEW YOUNG ROO, EUN      :
CHAN LIM,                           :
                      Defendants.   :
                                    :
------------------------------------ X



**BARBARA S. JONES**
**UNITED STATES DISTRICT JUDGE**

Because Plaintiffs' February 16, 2008 Motion for a Preliminary Injunction does not seek to enjoin conduct by Defendant CYR International, Inc. the Court's March 20, 2008 Order directing a response to Plaintiffs' Motion is withdrawn as to Defendant CYR International, Inc. only. Further, the Court clarifies that the date by which a response is required from Defendant Chew Young Roo is Friday, March 28, 2008.

**SO ORDERED:**

Dated:    New York, New York
          March 25, 2008

                                    _____
                                    BARBARA S. JONES
                                    United States District Judge