# LITCHFIELD
## CAVO LLP
Attorneys at Law

WRITER'S ADDRESS:
420 Lexington Avenue
Suite 2104
New York, NY 10170
(212) 434-0102
(212) 434-0105 fax
email: hughes@litchfieldcavo.com

March 27, 2008

Hon. Barbara S. Jones USDC
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 1007-1312

    Re:    Wang v CYR International, Inc., Chew Yung Roo
             07 Civ# 5462 (BSJ)
             Our File: 3014-1

Dear Judge Jones:

       The undersigned represents defendants CYR International, Chew Young Roo America, Inc., CYR USA, Inc., and Eun Cean Lim in the above referenced matter. This communication is to address the Order issued by the Court dated March 25, 2008.

       The Order, withdrawing the one previously issued by the court dated March 20, 2008, directs that all defendants but for CYR International respond to plaintiff's motion for a Preliminary Injunction by March 28, 2008. As the court is aware the plaintiff's pending motion seeks the specified relief from only defendants Chew Young Roo Closter New Jersey, Chew Young Roo Fort Lee New Jersey, and Chew Young Roo Pennsylvania. (Hereinafter the "Restaurant Defendants") Defendants CYR International, Chew Young Roo America, Inc., CYR USA, Inc., and Eun Cean Lim are not named in that motion. This is likely because the plaintiff's alleged claims and damages against the Restaurant Defendants are distinct and divergent from the other named defendants.

       Since like CYR International, Chew Young Roo America, Inc., CYR USA, Inc., and Eun Cean Lim are not named in the pending motion we presume that the Order of March 25, 2008, directing that all defendants respond to the instant motion by March 28, 2008, is inapplicable to them and applies solely to the Restaurant Defendants. As a result, we are not filing opposition on our clients behalf.

       If the court has a different interpretation of the aforementioned Order, the non-restaurant defendants request a conference at the earliest opportunity to set an appropriate briefing schedule.

                                  Respectfully submitted,

                                  Daniel T. Hughes

**LITCHFIELD CAVO** LLP
<sub>Attorneys at Law</sub>

Page 2

DTH/mb

cc:

Jennifer Meredith, Esq.
Meredith & Keyhani, PLLC
Attorneys for Plaintiff
330 Madison Avenue, 6th Floor
New York, New York 10017