USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/18/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x

MEI WANG, et al.                              :

        Plaintiffs,                  :     **ORDER**

      -v.-                                :     07 Civ. 5462 (BSJ)(FM)

CYR INTERNATIONAL, INC., et al.,              :

        Defendants.                  :

----------------------------------------------------------x

**FRANK MAAS**, United States Magistrate Judge.

      Pursuant to a conference held earlier today, it is hereby ORDERED that:

1. On or before April 25, 2008, defendant CYR International ("CYR") shall respond in full to all outstanding discovery requests. Failure to respond completely will result in a recommendation that CYR's answer be stricken.

2. On or before May 2, 2008, plaintiffs' counsel shall inform the Court in writing whether CYR timely served its discovery responses.

3. A settlement conference between plaintiffs and CYR shall be held on May 16, 2008, at 2:00 p.m. in Courtroom 20A. A representative from CYR with full settlement authority shall attend the conference in person.

      SO ORDERED.

Dated:    New York, NY
           April 18, 2008

                                          _____
                                          FRANK MAAS
                                       United States Magistrate Judge

Copies to:

Honorable Barbara S. Jones
Unites States District Judge

Dariush Keyhani, Esq.
Meredith & Keyhani, PLLC
Fax: 212-202-3819

Daniel T. Hughes, Esq.
Litchfield Cavo
Fax: 212-434-0105