UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

Wang, et al,

            Plaintiff(s),         ORDER OF DISCONTINUANCE

-against-           07 Civ. 5462(BSJ)(FM)

CYR Int'l, et al.,

            Defendant(s).
------------------------------------------------------------x

      It having been reported to this Court that the above entitled action has been settled, and the parties and their counsel having consented to the undersigned exercising jurisdiction over this case for the limited purpose of entering this Order of Discontinuance, it is hereby

      ORDERED that said action be and hereby is, discontinued [as against Yeomin Corp., d/b/a Chew Young Roo of Closter NJ.] with prejudice and without costs; provided, however, that within 30 days of the date of this order, counsel for plaintiff may apply by letter for restoration of the action to the active calendar of the court, in which event the action will be restored.

DATED:    New York, New York
                April 18, 2008

                                              _____
                                              FRANK MAAS
                                              United States Magistrate Judge

_____      _____
Attorney(s) for Plaintiff Mei Wang       Attorney(s) for Defendant Yeomin Corp. d/b/a Chew Young Roo
Dariush Keghanian, Esq.                 Daniel Lee, Esq.

Agreed and Consented to:            Agreed and Consented to:

_____      _____
Mei Wang                                       JAE S. PARK
Michael Wang