**MEREDITH & KEYHANI, PLLC**

www.meredithkeyhani.com

May 1, 2008

Honorable Barbara S. Jones
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 620
New York, NY 10007

Re: *Mei L. Wang et al. v. CYR International, Inc. et al.* No. 07-cv-05462 (BSJ)

Dear Judge Jones:

We represent the Plaintiffs in the above referenced matter. We write this letter to note a correction in the dates of service of Plaintiffs' Summons and Complaint on Defendants indicated in the letter submitted to the Court today requesting an entry of default judgment against Defendants Chew Young Roo Upper Darby, PA and Defendant Chew Young Roo Fort Lee, NJ – the letter incorrectly indicated dates in which the affidavits of service were sworn by the process servers as opposed to the dates of service.

Defendant Chew Young Roo Closter, NJ was served with Summons and Complaint on July 6, 2007, Defendant Chew Young Roo Upper Darby, PA was served on July 10, 2007 and Defendant Chew Young Roo Fort Lee, NJ was served on August 25, 2007. See affidavits of service filed on ECF (Doc. Nos. 9, 13 and 14).

Respectfully submitted,

*Dariush Keyhani*

Dariush Keyhani[1]

---

[1] Admitted to the Southern, Eastern and Western Districts of New York, New Jersey District Court & NJ State Bar-not a member of the NY State Bar

NEW YORK OFFICE

330 MADISON AVENUE
6TH FLOOR
NEW YORK, NEW YORK 10017
212.760.0098 TELEPHONE
212.202.3819 FACSIMILE

PRINCETON OFFICE

5 INDEPENDENCE WAY
SUITE 300
PRINCETON, NJ 08540
609.945.7406 TELEPHONE
609.228.4031 FACSIMILE