**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Mei L. Wang, Michael Y. J. Wang, Chun Fang Wang,<br><br>Plaintiffs,<br><br>v.<br><br>CYR International, Inc., Chew Young Roo America, Inc., CYR USA, Inc., Chew Young Roo, Inc., Chew Young Roo, Chew Young Roo Eun Chan Lim, Chew Young Roo, Inc., Chew Young Roo, Inc., C&Tel, CYR CO., LTD., Sung Soo Park,<br><br>Defendants. | Civil Action No.:<br><br>07 CV 05462 (BSJ) (FM) |

## CONSENT JUDGMENT

**WHEREAS**, Plaintiffs filed this action against Defendant Chew Young Roo Closter, New Jersey ("Closter, NJ Defendant") on June 2, 2007, seeking injunctive and relief damages for trademark infringement and related causes of action.

**WHEREAS**, the Parties hereby stipulate to jurisdiction of Magistrate Judge Maas over this matter pursuant to 28 U.S.C. 636(c).

**WHEREAS**, Plaintiffs and Closter, NJ Defendant have composed their differences;

**WHEREAS**, Plaintiffs and Closter, NJ Defendant consent to personal jurisdiction in this Civil Action, and Plaintiffs and Closter, NJ Defendant further consent to the entry of the following judgment:

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/12/08
```

1

### IT IS ORDERED, ADJUDGED AND DECREED that:

1) This Court has jurisdiction over the subject matter and Plaintiffs and Closter, NJ Defendant and venue is proper in this Judicial District;

2) The Closter, NJ Defendant will pay Plaintiffs a monetary settlement amount provided in the confidential settlement agreement entered between the Parties;

3) Closter, NJ Defendant and their officers, agents, servants, employees, attorneys, and all other persons acting in concert, participation or privity with them, and their successors and assigns are permanently enjoined and restrained from infringing, contributorily infringing or inducing the infringement of the following:

   A) Plaintiff's Chew Young Roo and Chu Ying Lo trademark ("Plaintiffs' Trademarks") in connection with Closter, NJ Defendant restaurant and catering services;

   B) doing any other act or thing likely to, or calculated to, induce the belief that the Closter, NJ Defendant is in any way affiliated, connected or associated with Plaintiffs and;

   C) unfairly competing with Plaintiffs by using Plaintiffs' Trademarks in any form, as a word and/or as a word and design in connection with restaurant and/or catering services.

4) This action is dismissed with prejudice [as against The Closter NJ Defendant only], with Plaintiffs and Closter NJ Defendant each bearing their own costs and attorney fees; and

5) The Court shall retain continuing jurisdiction over this action for the purpose of enforcing the terms of this Consent Judgment and the Settlement between the parties.

_[signature]_

DANIEL K. LEE (DL8636)
Law Office of Daniel K. Lee
410 Broad Avenue, Suite 200
Palisades Park, NJ 07650
(201) 944-0083 Fax (201) 947-2114
*Attorney for Defendant*
*Yeomin Corp. d/b/a Chew Young Roo (Closter, NJ)*

_[signature]_

Dariush Keyhani (DK-4816)
Jennifer Meredith (JM-4816)
Meredith & Keyhani, PLLC
330 Madison Avenue
6th Floor
New York, New York 10017
(212) 760-0098
(212) 202-3819 Facsimile
*Attorneys for Plaintiffs*

IT IS SO ORDERED THIS 12th DAY OF ~~April~~ May, 2008

ENTER: _[signature]_

Frank Maas, United States Magistrate Judge

3