UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

MEI WANG, et al.,                      :

        Plaintiff,                  :    **ORDER**

        -v.-                            :    07 Civ. 5462 (BSJ)(FM)

CYR INTERNATIONAL, INC., et al.,       :

        Defendant.                  :

------------------------------------------------------------x

**FRANK MAAS**, United States Magistrate Judge.

        Pursuant to a conference held earlier today, it is hereby ORDERED that a further conference shall be held on July 17, 2008, at 2:00 p.m. in Courtroom 20A, 500 Pearl Street, New York, New York 10007.

        SO ORDERED.

Dated:    New York, New York
            May 16, 2008

                                            FRANK MAAS
                              United States Magistrate Judge

Copies to:

Honorable Barbara S. Jones
United States District Judge

Dariush Keyhani, Esq.
Meredith & Keyhani, PLLC
Fax: (212) 202-3819

Daniel T. Hughes, Esq.
Litchfield Cavo
Fax: (212) 434-0105