IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Mei L. Wang, Michael Y. J. Wang, Chun Fang Wang, <br><br> Plaintiffs, <br><br> v. <br><br> CYR International, Inc., Chew Young Roo America, Inc., CYR USA, Inc., Chew Young Roo, Inc., Chew Young Roo, Chew Young Roo Eun Chan Lim, Chew Young Roo, Inc., Chew Young Roo, Inc., C&Tel, CYR CO., LTD., Sung Soo Park, <br><br> Defendants. | **ORIGINAL** <br><br> Civil Action No.: <br><br> 07 CV 05462 (BSJ) (FM) |

## STIPULATION AND ORDER SETTING TIME TO ANSWER AMENDED COMPLAINT

It is hereby stipulated and agreed to between Plaintiffs by their counsel, Meredith & Keyhani, PLLC, and Defendant C&Tel, CYR CO., LTD. by its counsel, Feldman Weinstein & Smith LLP, in the above captioned matter, that Defendant C&Tel, CYR CO., LTD. will answer or otherwise respond to the Plaintiff's Amended Complaint on or before June 10, 2008.

/s/ Dariush Keyhani
Dariush Keyhani (DK-4816)
Jennifer Meredith (JM-4816)
Meredith & Keyhani, PLLC
330 Madison Avenue
6th Floor
New York, New York 10017
(212) 760-0098
(212) 202-3819 Facsimile
dkeyhani@meredithkeyhani.com
*Attorneys for Plaintiffs*

/s/ Eric Weinstein
Eric Weinstein
Feldman Weinstein & Smith LLP
420 Lexington Avenue
New York, NY 10170
(212) 931-8701
(212) 997-4242
eweinstein@feldmanweinstein.com
*Attorneys for Defendant C&Tel, CYR CO., LTD*


IT IS SO ORDERED THIS ⎯/st⎯ DAY OF May, 2008

ENTER: _____
Frank Maas, United States Magistrate Judge