UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| MEI L. WANG, MICHAEL Y.J. WONG, and CHUN FANG WANG, : | Case No.: 07 CV 5462 (BSJ) (FM) |
| Plaintiffs, : | **RULE 7.1 DISCLOSURE** |
| – against – : |  |
| CYR INTERNATIONAL, INC.; CHEW YOUNG ROO AMERICA, INC; CYR USA, INC.; CHEW YOUNG ROO, INC; CHEW YOURG ROO; CHEW YOURG ROO EUR CHAN LIM; CHEW YOUR ROO, INC.; CHEW YOUNG ROO, INC; C&TEL; CYR CO., LTD; and SUNG SOO PARK, : |  |
| Defendants. |  |

Defendant/counterclaim-plaintiff CHEW YOUNG ROO, INC., by its attorneys, certifies that it has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

Dated: New York, New York
       June 10, 2008

                                    **FELDMAN WEINSTEIN & SMITH LLP**

                                    By:   s/Eric Weinstein
                                          Eric Weinstein (EW 5423)
                                          Yong Hak Kim (Of Counsel)
                                          420 Lexington Avenue
                                          New York, New York
                                          (212) 869-7000

                                    Attorneys for Chew Young Roo, Inc.