UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
MEI L. WANG, MICHAEL Y.J. WANG,  07 CV 05462 (BSJ)
CHUN FANG WANG,

      Plaintiffs,

           **ANSWER TO  SECOND**
  v.         **<u>AMENDED COMPLAINT</u>**

CYR INTERNATIONAL, INC., CHEW
YOUNG ROO AMERICA, INC. CYR USA,
INC., CHEW YOUNG ROOM, INC., CHEW
YOUNG ROOM, CHEW YOUNG ROO,
EUN CHAN LIM, CHEW YOUNG ROO,
INC., CHEW YOUNG ROO, INC., C & Tel,
CYRCO., LTD., Sung Soo Park,

      Defendants.
--------------------------------------------------------X

   Defendants, CYR INTERNATIONAL, INC., CYR USA, INC., CHEW YOUNG ROO

AMERICA, INC. and EUN CHAN LIM, by their attorneys LITCHFIELD CAVO LLP,

answering the amended complaint of the plaintiffs, states as follows:

   1.  Deny any knowledge or information sufficient to form a belief as to each and

every allegation contained in the paragraphs of the Complaint numbered, "1", "5", "6", "7",  "9",

"10", "11", "12", "13", "14" and "15".

   2.  Deny each and every allegation contained in the paragraphs of the Complaint

numbered "17" and "18".

   3.  Answering defendant repeats each and every denial to each and every allegation

of the complaint which is realleged in the paragraph numbered "19" thereof as hereinbefore

denied.

4.      Deny any knowledge or information sufficient to form a belief as to each and every allegation contained in the paragraphs of the Complaint numbered "20", "22", "24", "25", "26", "27", "28", "29", "30", "32", "35", "36" and "41".

5.      Deny each and every allegation contained in the paragraphs of the Complaint numbered "21", "23", "31", "33", "34", "37", "38", "39" and "40".

6.      Answering defendant repeats each and every denial to each and every allegation of the complaint which is realleged in the paragraph numbered "42" thereof as hereinbefore denied.

7.      Deny each and every allegation contained in the paragraphs of the Complaint numbered "43" and "44".

8.      Answering defendant repeats each and every denial to each and every allegation of the complaint which is realleged in the paragraph numbered "45" thereof as hereinbefore denied.

9.      Deny each and every allegation contained in the paragraphs of the Complaint numbered "46" and "47".

10.      Answering defendant repeats each and every denial to each and every allegation of the complaint which is realleged in the paragraph numbered "48" thereof as hereinbefore denied.

11.      Deny each and every allegation contained in the paragraphs of the Complaint numbered "49".

12.     Answering defendant repeats each and every denial to each and every allegation of the complaint which is realleged in the paragraph numbered "50" thereof as hereinbefore denied.

13.     Deny each and every allegation contained in the paragraphs of the Complaint numbered "51" and "52".

14.     Answering defendant repeats each and every denial to each and every allegation of the complaint which is realleged in the paragraph numbered "53" thereof as hereinbefore denied.

15.     Deny each and every allegation contained in the paragraphs of the complaint numbered "54".

16.     Answering defendant repeats each and every denial to each and every allegation of the complaint which is realleged in the paragraph numbered "55" thereof as hereinbefore denied.

17.     Deny each and every allegation contained in the paragraphs of the complaint numbered "56".

### AS AND FOR A FIRST AFFIRMATIVE DEFENSE

18.     That the complaint fails to set forth facts sufficient to constitute a cause and/or causes of action upon which relief may be granted insofar as this defendant is concerned.

### AS AND FOR A SECOND AFFIRMATIVE DEFENSE

19.     Plaintiffs lack personal jurisdiction over the defendants.

## AS AND FOR A THIRD AFFIRMATIVE DEFENSE

20.    Additional facts may be revealed by future discovery that supports additional affirmative defenses presently available but unknown to answering defendants.    Therefore, answering defendants reserve the right to assert additional defenses in the event that discovery and investigation indicate that additional defenses would be appropriate.

## AS AND FOR A FOURTH AFFIRMATIVE DEFENSE

21.    Defendant, CHEW YOUNG ROO AMERICA, INC., does not transact business within the State of New York, nor provides good and services within the State of New York, or has a business presence within the State of New York.  Accordingly, the Court lacks jurisdiction over this defendant.

WHEREFORE, these answering defendants pray that the Court:

    i.    dismiss plaintiffs' claims
    ii.    deny plaintiffs' prayer for an injunction
    iii.    award defendants costs, disbursements and attorneys fees and
    iv.    award defendants such other relief as the Court deems just and proper.

Dated:  New York, New York
        July 16, 2008

_____
Daniel T. Hughes, Esq. (4622)

LITCHFIELD CAVO LLP
420 Lexington Avenue, Suite 2104
New York, NY  10170
(212) 434-0100
*Attorneys for Defendants*
*CYR INTERNATIONAL, INC.,*
*CYR USA, INC and*
*EUN CHAN LIM*

4

TO:    MEREDITH & KEYHANI, PLLC
330 Madison Avenue, 6th Floor
New York, NY  10017
(212) 760-0098
***Attorneys for Plaintiffs***

FELDMAN WEINSTEIN & SMITH LLP
420 Lexington Avenue
New York, NY  10170
(212) 931-8701
***Attorneys for Defendants, Chew Young Roo Inc.***

5