## *AFFIDAVIT OF SERVICE*

STATE OF NEW YORK    )
                                   ) ss.:
COUNTY OF NEW YORK  )

     ROBYN LORENZO, being sworn, deposes and says:  I am not a party to the action, am over 18 years of age, reside in Staten Island, New York, and am employed in the office of Litchfield Cavo.

     On the 16th day of July, 2008, I served a true copy of the annexed **ANSWER TO SECOND AMENDED COMPLAINT**, by mailing the same in a sealed envelope, with postage prepaid thereon, in a post-office or official depository of the U.S. Postal Service within the State of New York, addressed to the last-known addressee(s) as indicated below:

  MEREDITH & KEYHANI, PLLC
***Attorneys for Plaintiffs***
330 Madison Avenue, 6th Floor
New York, NY  10017
(212) 760-0098

FELDMAN WEINSTEIN & SMITH LLP
***Attorneys for Defendants, Chew Young Roo Inc.***
420 Lexington Avenue
New York, NY  10170
(212) 931-8701

                                                      _____
                                                      ROBYN LORENZO

Sworn to before me this
16th day of July, 2008

_____
**Notary Public**