UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

MEI WANG, et al.,                                 :

        Plaintiff,                        :         **ORDER**

    -v.-                                           :         07 Civ. 5462 (BSJ)(FM)

CYR INTERNATIONAL, INC., et al.,      :

        Defendant.                    :

------------------------------------------------------x

**FRANK MAAS**, United States Magistrate Judge.

    Pursuant to a conference held earlier today, it is hereby ORDERED that:

1. On or before October 15, 2008, all fact discovery shall be completed.

2. A further settlement conference shall be held on August 15, 2008, at 11:30 a.m. in Courtroom 20A.

    SO ORDERED.

Dated:    New York, New York
          July 17, 2008

                                              _____
                                              FRANK MAAS
                                    United States Magistrate Judge

[Stamp: USDC SDNY / DOCUMENT / ELECTRONICALLY FILED / DOC #: ____ / DATE FILED: 7/17/08]

Copies to:

Honorable Barbara S. Jones
United States District Judge

Dariush Keyhani, Esq.
Meredith & Keyhani, PLLC
Fax: (212) 202-3819

Daniel T. Hughes, Esq.
Litchfield Cavo
Fax: (212) 434-0105

Eric Weinstein, Esq.
Feldman Weinstein & Smith LLP
Fax: (212) 997-4242