| Feldman Weinstein & Smith |

**MEMO ENDORSED**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/12/08
```

Eric Weinstein
direct: 212-931-8701
eweinstein@feldmanweinstein.com

August 11, 2008

APPLICATION GRANTED
SO ORDERED

_/s/ Frank Maas_
Frank Maas, USMJ
8/12/08

By Fax (212) 805-6724

Hon. Frank Maas
United States Magistrate Judge
500 Pearl Street, Room 740
New York, NY 10007

Re: Wang v. CYR Int'l, et al.
Docket No. 07 Civ. 5462

Dear Judge Maas:

I represent defendant Chew Young Roo, Inc., a South Korean company, in the referenced matter. I am requesting an adjournment of the settlement conference, which is currently scheduled for August 15, 2008 (per Your Honor's Order dated July 17, 2008).

I had hoped and intended to provide the Court with a date certain for a conference that could be attended in-person by somebody with settlement authority. Unfortunately, I as yet have been unable to confirm a potential adjourn date. I expect to have a clearer picture before the end of this week, and unless ordered otherwise, I will follow up with the Court no later than Monday, August 18th.

Thank you for your consideration.

Respectfully yours,

Eric Weinstein

cc: Dariush Keyhani, Esq. (by email)
    Daniel T. Hughes, Esq. (by email)

---

Feldman Weinstein & Smith LLP | 420 Lexington Avenue, New York, NY 10170 | T – 212-869-7000  F – 212-997-4242
ATTORNEYS AT LAW | www.feldmanweinstein.com