UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/29/08
```

```
------------------------------------X
MEI L. WANG, ET AL.,                 :
                                     :
                     Plaintiffs,     :
                                     :
          v.                         :      07 Civ. 5462(BSJ)(FM)
                                     :
CYR INTERNATIONAL, ET AL.,           :           ORDER
                                     :
                     Defendants.     :
------------------------------------X
```

**BARBARA S. JONES**
**UNITED STATES DISTRICT JUDGE**

Having reviewed Magistrate Judge Frank Maas's Report and Recommendation dated December 5, 2008, and having received no objections thereto, I hereby confirm and adopt the Report in its entirety, having been satisfied that there is no clear error on the face of the record. See Nelson v. Smith, 618 F. Supp. 1186, 1189 (S.D.N.Y. 1985). Accordingly, Plaintiffs are granted a default judgment against Defendant Chew Young Roo, Inc., a South Korean corporation, and damages are to be assessed by Magistrate Judge Maas.

**SO ORDERED:**

**BARBARA S. JONES**
**UNITED STATES DISTRICT JUDGE**

Dated:    New York, New York
          December 29, 2008