UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

MEI L. WANG, et al.,                            :

                            Plaintiffs,        :

      -against-                                 :

CYR INTERNATIONAL, INC., et al.,                :

                           Defendants.       :

------------------------------------------------------------x

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC #:** _____
**DATE FILED:** 2/25/09

**ORDER**

07 Civ. 5462 (BSJ) (FM)

**FRANK MAAS,** United States Magistrate Judge.

      Pursuant to the telephone conference held earlier today, it is hereby

ORDERED that:

    1.    All fact discovery shall be completed by April 10, 2009.

    2.    The Plaintiffs' expert reports shall be due by May 1, 2009.

    3.    A further telephone conference shall be held on March 25, 2009, at 11 a.m.

Dated:    New York, New York
              February 25, 2009

                                                    FRANK MAAS
                                         United States Magistrate Judge

Copies to:

Hon. Barbara S. Jones
United States District Judge

Dariush Keyhani, Esq.
Meredith & Keyhani, PLLC
Fax: (212) 202-3819

Daniel T. Hughes, Esq.
Litchfield Cavo LLP
Fax: (212) 434-0105