UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

MEI L. WANG, et al.,                          :

                       Plaintiffs,    :

      -against-                                  :

CYR INTERNATIONAL, INC., et al.,        :

                     Defendants.    :

------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/26/09

**AMENDED ORDER**

07 Civ. 5462 (BSJ) (FM)

**FRANK MAAS,** United States Magistrate Judge.

       Pursuant to the telephone conference held earlier today, it is hereby

ORDERED that:

1.    All fact discovery shall be completed by April 10, 2009.

2.    The Plaintiffs' expert reports shall be due by May 15, 2009.

3.    A further telephone conference shall be held on March 25, 2009, at 11 a.m.

Dated:    New York, New York
             February 26, 2009

                                             FRANK MAAS
                                   United States Magistrate Judge

Copies to:

Hon. Barbara S. Jones
United States District Judge

Dariush Keyhani, Esq.
Meredith & Keyhani, PLLC
Fax: (212) 202-3819

Daniel T. Hughes, Esq.
Litchfield Cavo LLP
Fax: (212) 434-0105