IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Mei L. Wang, Michael Y. J. Wang, Chun Fang Wang,<br><br>Plaintiffs,<br><br>v.<br><br>CYR International, Inc., Chew Young Roo America, Inc., CYR USA, Inc., Chew Young Roo, Inc., Chew Young Roo, Chew Young Roo, Eun Chan Lim,<br><br>Defendants. | Civil Action No.:<br><br>07-CV-05462 (BSJ)<br><br>**PROPOSED ORDER** |

1. The Defendant Chew Young Roo, Inc. (GA) has defaulted in this action for failing to Answer or otherwise respond to Plaintiffs' Summons and Second Amended Compliant properly served on the default Defendant and the Clerk of the Court having entered a Default against the default Defendant, this Court enters the following Default Judgment against the default Defendant Chew Young Roo, Inc. (GA) :

    A.  This Court has Jurisdiction over the default Defendant Chew Young Roo, Inc. (GA);

    B.  Plaintiffs' trademark registration number 3,224,337 is good and valid and Plaintiffs have common law rights in the CHU YING LO and CHEW YOUNG ROO trademarks;

    C.  The default Defendant Chew Young Roo, Inc. (GA), each of them, have willfully infringed Plaintiffs' trademarks alleged in Plaintiffs



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/29/09

Second Amended Complaint and are liable for all claims asserted in Plaintiffs' Second Amended Complaint;

D.  The default Defendant Chew Young Roo, Inc. (GA) and their officers, agents, servants, employees, and attorneys, and those persons in active concert or participation with them be and each of them are hereby enjoined and permanently restrained from doing or causing to be done any of the following:

1.  using the marks CHU YING LO, CHEW YOUNG ROO and/or any variation of the marks likely to cause consumer confusion;

2.  doing any other act or thing likely to, or calculated to, induce the belief that Default Defendants are in any way affiliated, connected or associated with the Plaintiffs' restaurant and catering services business; and

3.  unfairly competing with Plaintiffs by using the marks CHU YING LO, CHEW YOUNG ROO and/or any confusing similar variation of the trademarks.

E.  Damages for infringement of Plaintiffs' trademarks by default Defendant Chew Young Roo, Inc. (GA) will be assessed by Magistrate Judge Maas.

2.  Copies of this Order shall be served on Default Defendant Chew Young Roo, Inc. (GA). Service by certified mail is acceptable.

**SO ORDERED.**

Dated: 5-28-09
New York, New York

BARBARA S. JONES
United States District Judge

2